UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GLOBAL INDEX, INC.                              Civil Action No.
                                                08 CV 2393 (VM)

      Plaintiff,

  -against-                              **Rule 7.1 Statement**

WACHOVIA CORPORATION, WACHOVIA BANK,
N.A. AND KENNEDY THOMPSON,

      Defendant- Petitioners.
------------------------------------------------------------------------X

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Courtto evaluate possible disqualification or recusal, the undersigned counsel for (private non-governmental parties) WACHOVIA CORPORATION and WACHOVIA BANK, N.A certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

          WACHOVIA CORPORATION

Dated: New York, New York
    March 7, 2008
            ROSNER NOCERA & RAGONE

            By: \_\_\_\S\John P. Foudy_____
              Peter A. Ragone (PAR-6714)
              John P. Foudy (JF-7322)
              Attorneys for Defendant/Petitioners
              110 Wall Street, 23rd Floor
              New York, NY 10005
              (212) 635-2244

To: Abel L. Pierre, Esq.
   Law Office of Abel L. Pierre
   Attorney At Law, P.C.
   31 Smith Street, Suite 2
   Brooklyn, NY 11201