UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Civil Action No.
GLOBAL INDEX, INC.                                             08 CV 2393 (VM)

                              Plaintiff,

      -against-

WACHOVIA CORPORATION, WACHOVIA BANK,
N.A. AND KENNEDY THOMPSON,

                         Defendant-Petitioner.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                       ss:
COUNTY OF NEW YORK )

      I, CHRISTINE SWEENEY, being duly sworn, deposes and says:

deponent is not a party to the action, is over the age of 18 years and resides at Staten Island, New York:

      That on March 10, 2008 deponent served the within **Notice of Removal and Petition for Removal:**

                Upon:  Abel L. Pierre, Esq.
                        Law Office of Abel L. Pierre
                        Attorney At Law, P.C.
                        31 Smith Street, Suite 2
                        Brooklyn, New York 11201

the addresses designated by said parties and/or attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                          _____
                                                          CHRISTINE SWEENEY

Sworn before me this
10th day of March, 2008

_____
Notary Public
JOHN P. FOUDY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02FO5027891
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES MAY 23, 20__