```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GLOBAL INDEX, INC.                  :
                                    :    08 Civ. 2393 (VM)
                  Plaintiff,        :
                                    :
     - against -                    :    ORDER
                                    :
WACHOVIA CORP., ET AL.,             :
                                    :
                  Defendants.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Rule 16 initial conference that was scheduled for May 30, 2008 at 10:15 a.m. has been adjourned because of Plaintiff's failure to appear before the Court. All parties are advised that the initial conference has been rescheduled for June 13, 2008 at 9:45 a.m. This proceeding will take place in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York.

Plaintiff is further advised that, by June 4, 2008, it is to provide the Court and Defendants with a letter explaining its reason(s) for failing to appear at the May 30, 2008 conference.

**SO ORDERED.**

Dated:   New York, New York
         30 May 2008

                                            _____
                                                Victor Marrero
                                                   U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5-30-08